UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                   :

PJL INVESTMENTS LLC, *et al.*,          :

                                   :

                          Plaintiffs,   :

                                   :                        26-CV-1810 (VSB)

           -against-              :

                                   :                           **ORDER**

RICHARD BREEDEN, *et al.*,            :

                                   :

                          Defendants.   :

                                   :

----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Plaintiffs' motion for a temporary restraining order ("TRO") and preliminary injunction.  (Doc. 5.)  Accordingly, it is hereby ORDERED that the parties shall attend a telephonic hearing on the application for a temporary restraining order on Friday, March 6, 2026 at 2:00 p.m. ET.  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.  The parties should be prepared to discuss whether there is a way to abate the immediate consequences of the purported imminent closure and transfer of the Madoff Victim Fund ("MVF") so that the need for a TRO may be obviated.  For instance, if Defendants would agree to not close the MVF pending resolution of Plaintiffs' motion for a preliminary injunction, Plaintiffs may consider that in determining whether relief in the form of a TRO is necessary at this juncture.

       IT IS FURTHER ORDERED that by March 6, 2026, Plaintiffs' counsel is directed to serve Defendants with a copy of the complaint, preliminary injunction and temporary restraining order motion, and all accompanying papers, along with a copy of this Order and promptly file proof of such service on the docket.  In the meantime, the complaint, the motion and accompanying papers, and this Order will be emailed to the Civil Division of the U.S. Attorney's

Office for the Southern District of New York at the following email address:

Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated:      March 5, 2026
            New York, New York

Vernon S. Broderick
United States District Judge

2