UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                             :

PJL INVESTMENTS LLC, *et al.*,        :

                                             :

                       Plaintiffs,    :                        26-CV-1810 (VSB)

                                             :

            -against-           :

                                             :                         **ORDER**

RICHARD BREEDEN, *et al.*,       :

                                             :

                    Defendants.  :

                                             :

----------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On March 6, 2026 at 2:00 p.m., I held a telephonic conference with the parties to discuss the motion for a temporary restraining order and preliminary injunction.  (Doc. 5.)  Accordingly, it is hereby ORDERED that:

- Defendants shall file their opposition to the motion by March 20, 2026;

- Plaintiffs shall file their reply by March 27, 2026.

SO ORDERED.

Dated:     March 6, 2026
           New York, New York

Vernon S. Broderick
United States District Judge